**12 CV 04070**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Ray Johnson Junior
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Police Officer Michael ? of the 70th Precinct Brooklyn NYPD. & His partner & the three Officers that Drove me to the 70th Precinct. Chaptain unknown (know him by face) OBCC Correctional facility. Chaptain Bell of AMKC 18-18 Hazen Street & Correction Officer unknown (know her face, she works in the main Intake Area from 11-7 or 7-3) Chaptain female know her by face not name.

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)



RECEIVED MAY 21 2012 PRO SE OFFICE

I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Home Address:
Michael R Johnson
119-19 145 Street #PH
Jamaica NY 11436

Plaintiff Name Michael Ray Johnson
ID # 9001200537
Current Institution AMKC 18-18 Hazen Street
Address East Elmhurst Newyork 11370.

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name (First Name Michael) UNKNOW Precent 70    Shield # Unknown
Where Currently Employed NYPD Brooklyn 70th
Address
Brooklyn New York 11226

Defendant No. 2    Name Captain (face) (know him by)    Shield #
Where Currently Employed OBCC
Address 1600 Hazen Street
East Elmhurst, New York 11370

Defendant No. 3    Name Captain (Bell)    Shield #
Where Currently Employed A.M.K.C
Address 18-18 Hazen Street
East Elmhurst New York 11370

Defendant No. 4    Name C.O. Colon works Q5 Lower from 7-3 Steady    Shield #
Where Currently Employed A.M.K.C
Address 18-18 Hazen Street

Defendant No. 5    Schiano Name Intake officer know her by face    Shield # ?
Where Currently Employed
Address 18-18 Hazen Street
East-Elmhurst NY 11370

II.    **Statement of Claim:**

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? The Train Station (Church Q train Brooklyn NY 11226) Then Rikers Island

B.    Where in the institution did the events giving rise to your claim(s) occur? OBCC Intake Area & CTI Hearts Island & Q 5 & 7 Lower & 4 Lower in OBCC.

C.    What date and approximate time did the events giving rise to your claim(s) occur? April 27th 2012 @ approximately 5-7:20pm.

*Rev. 05/2007*                                          2

D.   Facts:

> **What happened to you?**
>
> **Who did what?**
>
> **Was anyone else involved?**
>
> **Who else saw what happened?**

I paid my fair @ Beverly Ave Q Train 2 wen Two NYPD officers approched me on the platform and asked me where I was going. I answered Manhattan 42 Time Square I then boarded the train and they keep following me. I started to eat my diner, when the train stoped at church, I got off to catch the Q express, they then said I was littering and one officer, unknow tried to tackle me. I asked what they were doing and they responded stop resisting and his partner called back up. They put the hand cuffs on tight & slammed my face on the bench cracking my jaw in half. It's was to teenage boys asking why they were assulting me and he responded by choking the 16 year old and cuffing him also. They also cuffed a 19 year old and threw us in the veil and punched us numeros times about the face and ribs. A little girl videotaped the whole thing on her cell phone. We were then taken to the police station were they put me in a cell from 7:30 - 2am in the morning with no phone call or medical attension. Once I got to central booking the aresting officer keep poll and twisting the hand cuffs and calling me a Nigga. I have co's & inmate witnesses to this. He took me to the hospital for a physic evaluation. He keep choking me and twisting the hand cuffs the whole time until He was released at 7am the following day.

III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. My jaw is cracked in half, my wrist have scares on them from the hand cuffs. I've been on Rikers Island since April 29th and havent recieved any medical attension at OBCC from the 29th - the 3rd of May. They moved me to C-71 on the 3rd and they gave me two Bacitracin and two 400miligram Ibprofens. They say they'll get me out to x-rays next weeks so time.

IV.   **Exhaustion of Administrative Remedies**:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓    No ___

Both in Custery & detained.

Rev. 05/2007                                    3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). OBCC 16OO Hazen Street East Elmhurst NY 11370 & AMCC-95 18-18 Hazen Street

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ✓   No ✗   Do Not Know ___

If YES, which claim(s)? Just my pre personal property claim.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ___   No ✓   They held me in A holding cell for three days @ 16OO Hazen Street

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____

 1. Which claim(s) in this complaint did you grieve? _____

 2. What was the result, if any? _____

 3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

F. If you did not file a grievance:

 1. If there are any reasons why you did not file a grievance, state them here: Because they kept me in a holding pin @ 16OO until the brought me to C-74 Hearts Island then stuck me in Q7&5 Lowwer on May 4th @ 3am. I've been trying to get to General population to grieve the issue since I got here on Thursday May 3rd. May 4th they didn't let me go to Law Lib and I can't get to Grievance until Monday the 7th.

 2. If you did not file a grievance but informed any officials of your claim, state who you

Rev. 05/2007                              4

informed, when and how, and their response, if any: I informed Chaplain Johnson, Chaplain Prince, and Chaplain Bell and Chaplain _____ and they said medical had to clear me to General Pop to get proper medical attention.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I've been asking C.O.s and Chaplain's to get me help and there response is to get a lawyer or have my family call the facility to speak to the deputy warden.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking, and the basis for such amount). I would like the court to give me a auto protection against these officers & I want 5 million in pain and suffering. As well as grant my mother some type of combensation for the 12 years of pain she's been going through due to poor police work and police brutality against her only son. Also my girlfriend Naomi Patterson needs combensation for the 9 years of pain and suffering + my two nieces as well, aunt and grandmother.

VI. **Previous lawsuits:**

|On these claims|

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____   No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending?  Yes ____   No ____

    If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

|On other claims|

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____   No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending?  Yes ____   No ____

    If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___ day of _____, 20 12 .

                Signature of Plaintiff  *Michael Ray Johnson fo*

                Inmate Number  9001200537

                Institution Address  18-18 Hazen Street

Michael Johnson                 East Elmhurst NY 11370
119-19 145 street
Jamaica New York 11436

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20 12, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                Signature of Plaintiff: *Michael Ray Johnson*